UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2006 SEP 27 PM 4: 15
U.S. ... COURT
MIDDLE ... OF FLORIDA
ORL... FLORIDA

WEAVER ALLEN MCGRAW,

Plaintiff,

-vs-                                                    Case No. 6:06-cv-1482-Orl-19DAB

THE HOUSING AUTHORITY
OF THE CITY OF DAYTONA,

Defendant.

_____

# ORDER

This case comes before the Court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Memorandum in Support. (Doc. No. 2, filed Sept. 26, 2006).

At 2:45 P.M. on this date the Court held a telephone conference with Counsel for the Plaintiff and Defendant in this matter. During this conference the parties stipulated that Plaintiff's Section 8 Housing Voucher payments will not be discontinued on September 30, 2006 and stated that they had reached a tentative agreement to settle this case.

Based on the representations of counsel for the parties, the parties have ten (10) days from the date of this Order to file a stipulation of dismissal with prejudice. If such stipulation of dismissal is not filed within such ten (10) day period, the Court will issue a subsequent Order providing a briefing schedule and setting a hearing on Plaintiff's motion for injunctive relief. In the interim, the parties agree that absent further order of Court, Plaintiff's Section 8 Housing Voucher payments will not be cancelled.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 27, 2006.

_/s/ Patricia C. Fawsett_

PATRICIA C. FAWSETT
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished to:

Counsel of Record